314

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67233.—Ernest Greenwood Co. v. United States, protests 62/3328, etc. (Savannah).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67234.—Morris Friedman et al. v. United States, protests 60/7297, etc. (Philadelphia).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of fiber tree corsages similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 3, 1962

No. 67235.—Charleston Overseas Forwarders, Inc., et al. v. United States, protests 59/6523, etc. (Charleston).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67236.—Transamerican Match Corporation v. United States, protests 59/6855, etc. (Norfolk).